| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Ace C. Van Patten, Esq. |
| 2 | Nevada Bar No. 0050 |
| | Ramir M. Hernandez, Esq. |
| 3 | Nevada Bar No. 11731 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | avanpatten@wrightlegal.net |
| 6 | rhernandez@wrightlegal.net |
| 7 | *Attorneys for Defendant, Carrington Mortgage Services, LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT W. MORRIS AND LARHONDA S. MORRIS, | Case No.: 2:18-cv-01829-JAD-GWF |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | **(FIRST REQUEST)** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC, | |
| Defendants. | |

Plaintiffs, Robert W. Morris and LaRhonda S. Morris ("Plaintiffs"), and Defendant, Carrington Mortgage Services, LLC ("Carrington") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On September 24, 2018, Plaintiffs filed their Complaint [ECF No. 1]. Carrington was served with Plaintiffs' Complaint on September 26, 2018. Based on the above service, Carrington's answer or responsive pleading is due on or before October 17, 2018. The Parties have discussed extending the deadline for Carrington to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Carrington to file its responsive pleading be extended to October 31, 2018.

This is the first stipulation for extension of time for Carrington to file its response to

Plaintiff's Complaint. The parties request this extension in order to continue discussing possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 16th day of October, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Carrington Mortgage Services, LLC*

DATED this 16th day of October, 2018.
HAINES& KRIEGER, LLC

*/s/ Shawn Miller*
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiffs, Robert W. Morris and LaRhonda S. Morris*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/17/2018