Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. MORRIS and LARHONDA S. MORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendants. | **Case No. 2:18-cv-01829-JAD-GWF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 17, 2018 through and including **November 16, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

///

1  This stipulation is filed in good faith and not intended to cause delay.

2  Respectfully submitted, this 17th day of October, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

***No opposition***

By: /s/ *David Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10/22/2018

4842-7965-1961.1

- 2 -