1 **DANIELLE A. KOLKOSKI, ESQ.**
   Nevada State Bar No. 8506
2 **WOLFE & WYMAN LLP**
   6757 Spencer Street
3 Las Vegas, NV 89119
   Telephone: (702) 476-0100
4 Facsimile: (702) 476-0101
   dakolkoski@wolfewyman.com
5
   Attorneys for Defendant
6 **DITECH FINANCIAL, LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT W. MORRIS and LARHONDA S. MORRIS, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Defendants. | Case No. 2:18-cv-01829-JAD-GWF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, DITECH FINANCIAL LLC (hereinafter, "DITECH") and Plaintiffs, ROBERT W. MORRIS AND LARHONDA S. MORRIS, by and through their undersigned attorneys, that DITECH shall have up to and including November 30, 2018 to file a Response to Plaintiff's First Amended Complaint as the parties attempted to engage in potential early resolution.

///

///

///

1

This is DITECH's first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

DATED: November 26, 2018                                    DATED: November 26, 2018

WOLFE & WYMAN LLP                                           HAINES & KRIEGER, LLC


By: */s/ Danielle A. Kolkoski*                              By: */s/ Shawn W. Miller*
    DANIELLE A. KOLKOSKI, ESQ.                          DAVID H. KRIEGER, ESQ.
    Nevada State Bar No. 8506                            Nevada Bar No. 9086
    6757 Spencer Street                                  SHAWN W. MILLER, ESQ.
    Las Vegas, NV 89119                                  Nevada Bar No. 7825
    Attorneys for Defendant                              8985 S. Eastern Avenue, Suite 350
    **DITECH FINANCIAL LLC**                             Henderson, Nevada 89123
                                                         Attorney for Plaintiff

3217820.1

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DITECH FINANCIAL LLC shall have up to and including November 30, 2018 to file a Response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

Dated: November 27, 2018.

By: _____
UNITED STATES MAGISTRATE JUDGE

Submitted by,

DATED: November 26, 2018

WOLFE & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI
    Nevada Bar No.: 8506
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    **DITECH FINANCIAL LLC**

3217820.1

## CERTIFICATE OF MAILING

On November 26, 2018, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

DAVID H. KRIEGER, ESQ.      dkrieger@hainesandkrieger.com
Attorney for Plaintiffs

BRADLEY T. AUSIN, ESQ.      baustin@swlaw.com
Attorney for Defendant
EQUIFAX INFORMATION SERVICES, LLC

ANDREW J. SHARPLES, ESQ.      asharples@naylorandbrasterlaw.com
JENNIFER L. BRASTER, ESQ.      jbraster@naylorandbrasterlaw.com
KATHERINE A. NEBEN, ESQ.      kneben@jonesday.com
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

ACE C. VAN PATTEN, ESQ.      avanpatten@wrightlegal.net
RAMIR MITCHELL HERNANDEZ, ESQ.      rhernandez@wrightlegal.net
Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

*/s/ Jamie Soquena*
Jamie Soquena
An employee of Wolfe & Wyman LLP

3217820.1