David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiff*
ROBERT W. MORRIS AND LARHONDA MORRIS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. MORRIS AND LARHONDA MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendant. | Case No. : 2:18-cv-01829-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY BREIFS REGARDING CARRINGTON MORTGAGE SERVICES LLC'S RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT (#57) AND PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT (#58)**<br><br>**(First Request)** |

-1-

# STIPULATION

Plaintiffs ROBERT W. MORRIS AND LARHONDA MORRIS ("Plaintiffs") and Defendant CARRINGTON MORTGAGE SERVICES, LLC ("Carrington"), collectively the "Parties", respectfully stipulate and agree as follows:

1. Plaintiffs shall have an extension of time to file a reply brief to Carrington Mortgage Services, LLC's Opposition to Plaintiffs' Motion for Summary Judgment (ECF #57), which was filed with the Court on August 22, 2019;

2. Carrington Mortgage Services, LLC shall have an extension of time to file a reply brief to Plaintiffs' Response to Carrington Mortgage Services, LLC's Motion for Summary Judgment (ECF #58), which was filed with the Court on August 22, 2019;

3. Currently, the Parties' respective reply briefs are due on September 5, 2019;

4. The Parties hereby stipulate and agree to a mutual extension of time to file their respective reply briefs for two weeks until **September 19, 2019**;

5. The purpose of the extension is allow the Parties a full and fair opportunity to reply to the issues raised in ECF 57 and ECF 58 and to accommodate scheduling and calendaring conflicts due to Labor Day.

This is the Parties first request for an extension.

IT IS SO STIPULATED.

Dated August 30, 2019.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Ramir M. Hernandez . |
| Shawn W. Miller, Esq. | Ramir M. Hernandez, Esq. |
| Haines & Krieger, LLC | Wright, Finlay & Zak, LLP |
| 8985 S. Eastern Avenue | 7785 W. Sahara Ave. |
| Suite 350 | Suite 200 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89117 |
| *Attorneys for Plaintiff* | *Attorneys for Carrington* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: 9/3/2019