1  **MOT**
   JEREMY J. THOMPSON
2  Nevada Bar No.: 12503
   CLARK HILL, PLLC
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
4  Tel: (702) 862-8300
5  Fax: (702) 862-8400
   Email: jthompson@clarkhill.com
6  *Attorney for Defendant*
   *Equifax Information Services LLC*
7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10 ROBERT W. MORRIS and                    **Case No. 2:18-cv-01829-JAD-EJY**
   LARHONDA MORRIS,
11
                    Plaintiff,
12
   EQUIFAX INFORMATION SERVICES, LLC;
13 EXPERIAN INFORMATION SOLUTIONS, INC.;
   DITECH FINANCIAL, LLS; and CARRINGTON
14 MORTGAGE SERVICES, LLC,

15                  Defendants.

16

17  **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

18      Defendant Equifax Information Services LLC ("Equifax"), moves this Honorable Court for

19 an order removing Jeremy J. Thompson, Esq., of Clark Hill PLLC, from the service list of counsel

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28

1    in this matter. A Stipulation and Order Dismissiong Action with Prejudice as to Defendant Equifax

2    Information Services LLC, was entered by the Court on February 2, 2019, *see* Document 34.

3          DATED this 28th day of April, 2020.

**CLARK HILL PLLC**

By  //s//  Jeremy J. Thompson
     JEREMY J. THOMPSON
     Nevada Bar No. 12503
     3800 Howard Hughes Parkway, Suite 500
     Las Vegas, Nevada 89109
     Tel:  (702) 862-8300
     Fax: (702) 862-8400
     *Attorneys for Defendant*
     *Equifax Information Services LLC*
     *Services LLC*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated:  April 28, 2020