David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052
Phone: (702) 850-2598
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiffs*
*Robert W. Morris and LaRhonda Morris*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. MORRIS and LARHONDA MORRIS, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Defendant. | Case No.:   2:18-cv-01829-JAD-EJY <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** <br><br> ECF No. 74 |

ROBERT W. MORRIS and LARHONDA MORRIS ("Plaintiffs"), by and

through their counsel David H. Krieger, Esq. and Shawn W. Miller, Esq. of the law

firm Krieger Law Group, LLC, together with CARRINGTON MORTGAGE

-1-

KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052

SERVICES, LLC, by and through its counsel Darren T. Brenner, Esq. and Ramir M. Hernandez, Esq. of the law firm Wright, Finlay & Zak, LLP, collectively the "Parties", hereby jointly move this Honorable Court for an extension of time to file the Parties' joint pretrial order.

Pursuant to the Court's Order Granting in Part Motion for Summary Judgment, Granting in Part Motion for Partial Summary Judgment, and Denying without Prejudice Motion to Seal ("Order"), entered on April 23, 2020 at ECF # 66, the Court stayed the Parties' obligation to file their joint pretrial order for "ten days after" a court mandated settlement conference. The Parties participated in good faith in the settlement conference on July 10, 2020. Accordingly, the Parties joint pretrial Order is currently due July 20, 2020.

The Parties request an extension of thirty (30) days to **August 19, 2020** to submit their joint pretrial order. The reason for the extension request is because the Parties require additional time to review evidence and deposition transcripts, draft the pretrial order, and reach stipulations and resolve objections to evidence and legal issues. The Parties have just recently completed a settlement conference and in good faith believe an extension of thirty days is needed to submit a joint pretrial order. The Parties do not believe that the extension will delay trial. Due to COVID-19, the Parties are informed that cases with priority (i.e. criminal cases) have been backlogged and that it is unlikely that this case would be scheduled for trial for

twelve (12) months or more.  Accordingly, the Parties jointly move for an extension

of time to file the joint pretrial order to August 19, 2020.

STIPULATED and AGREED on this date: July 17, 2020.

Submitted by:                                        Agreed:


/s/ Shawn W. Miller                          /s/ Ramir M. Hernandez
David H. Krieger, Esq.                       Darren T. Brenner, Esq.
Shawn W. Miller, Esq.                        Ramir M. Hernandez, Esq.
KRIEGER LAW GROUP, LLC          WRIGHT FINLAY & ZAK, LLP
2850 W. Horizon Ridge Pkwy.,           7785 W. Sahara Ave., Suite 200
Suite 200                                          Las Vegas, Nevada  89117
Henderson, Nevada 89052                  *Attorneys for Defendant*
*Attorneys for Plaintiffs,*                    *Carrington Mortgage Services,*
*Robert & LaRhonda Morris*                *LLC*


## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the joint motion to enlarge the time for filing the joint pretrial order **[ECF No. 74] is GRANTED**.  The parties must file their joint pretrial order by August 19, 2020.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2020

**KRIEGER LAW GROUP, LLC**
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28