David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052
Phone: (702) 850-2598
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiffs*
*Robert W. Morris and LaRhonda Morris*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. MORRIS and LARHONDA MORRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendant. | Case No.:   2:18-cv-01829-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(Second Request)**<br><br>ECF No. 76 |

ROBERT W. MORRIS and LARHONDA MORRIS ("Plaintiffs"), by and through their counsel David H. Krieger, Esq. and Shawn W. Miller, Esq. of the law firm Krieger Law Group, LLC, together with CARRINGTON MORTGAGE SERVICES, LLC,   by and through its counsel Darren T. Brenner, Esq. and Ramir M. Hernandez, Esq. of the law firm Wright, Finlay & Zak, LLP, collectively the "Parties", hereby stipulate and agree to extend the deadline to file their Joint Pretrial Order to September 11, 2020, as follows:

1. In the Court's Order Granting in Part Motion for Summary Judgment, Granting in Part Motion for Partial Summary Judgment, and Denying without Prejudice Motion to Seal ("Order"), entered on April 23, 2020 at ECF # 66, the Court stayed the Parties' obligation to file their joint pretrial order for "ten days after" a court mandated settlement conference.

2. On July 10, 2020, the Parties participated in good faith in the settlement conference and had a deadline to submit their joint pretrial Order on or before July 20, 2020.

3. On July 17, 2020, the Parties made their first request for an extension of time to August 19, 2029 to submit the joint pretrial order. The Court granted the request and entered an order enlarging the time to file the joint pretrial order to August 19, 2020.

4. The reason for this second request is because Plaintiff's counsel changed law firms from Haines & Kreiger, LLC to Kreiger Law Group, LLC and the process of obtaining and organizing the case files, transcripts, documents, and relevant information has taken longer than expected. Plaintiff's counsel needs additional time to gather and review the relevant trial information, review evidence and deposition transcripts, and reach stipulations and resolve objections. Plaintiffs' counsel believes two additional weeks is probably sufficient, but just to be safe requests an extension of three weeks to extension to September 11, 2020.

///
///
///
///
///
///
///

5. The request for an extension is not for an impermissible purpose and will not delay trial. Due to COVID-19, the Parties are informed that cases with priority (i.e. criminal cases) have been backlogged and that it is unlikely that this case would be scheduled for trial for twelve (12) months or more. Accordingly, the Parties hereby stipulate and agree to extend the deadline to file their joint pretrial order to September 11, 2020.

STIPULATED and AGREED on this date: August 13, 2020.

| /s/ Shawn W. Miller | /s/ Ramir M. Hernandez |
|---|---|
| David H. Krieger, Esq. | Darren T. Brenner, Esq. |
| Shawn W. Miller, Esq. | Ramir M. Hernandez, Esq. |
| KRIEGER LAW GROUP, LLC | WRIGHT FINLAY & ZAK, LLP |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 7785 W. Sahara Ave., Suite 200 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89117 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Carrington Mortgage Services, LLC* |

## **ORDER**

IT IS SO ORDERED. The parties' obligation to file their joint pretrial order is extended to September 11, 2020.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 13, 2020