WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT W. MORRIS AND LARHONDA S. MORRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendants | Case No.: 2:18-cv-01829-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER (THIRD REQUEST)**<br><br>ECF No. 78 |

ROBERT W. MORRIS and LARHONDA MORRIS ("Plaintiffs"), by and through their counsel David H. Krieger, Esq. and Shawn W. Miller, Esq. of the law firm Krieger Law Group, LLC, together with CARRINGTON MORTGAGE SERVICES, LLC, by and through its counsel Darren T. Brenner, Esq. and Ramir M. Hernandez, Esq. of the law firm Wright, Finlay & Zak, LLP, collectively the "Parties", hereby stipulate and agree to extend the deadline to file their Joint Pretrial Order to September 25, 2020, as follows:

1. In the Court's Order Granting in Part Motion for Summary Judgment, Granting in Part Motion for Partial Summary Judgment, and Denying without Prejudice Motion to Seal ("Order"), entered on April 23, 2020 at ECF # 66, the Court stayed the Parties' obligation to file their joint pretrial order for "ten days after" a court mandated settlement conference.

1  2. On July 10, 2020, the Parties participated in good faith in the settlement
2 conference and had a deadline to submit their joint pretrial Order on or before July 20, 2020.
3  3. On July 17, 2020, the Parties made their first request for an extension of time to
4 August 19, 2020 to submit the joint pretrial order. The Court granted the request and entered an
5 order enlarging the time to file the joint pretrial order to August 19, 2020.
6  4. On August 13, 2020, the Parties made their second request for an extension of
7 time to September11, 2020 to submit the joint pretrial order. The Court granted the request and
8 entered an order enlarging the time to file the joint pretrial order to September 11, 2020.
9  5. The reason for this third request is that the parties are close to finalizing the joint
10 pre-trial order and would like the additional time to resolve evidentiary stipulation and
11 objections. Moreover, Plaintiff's counsel finally was able to finalize the transfer of files from its
12 previous firm within the past week. The parties believe that one final extension is appropriate
13 and do not anticipate any further delays or requests for extensions.
14 /././
15 /././
16 /././
17 /././
18 /././
19 /././
20 /././
21 /././
22 /././
23 /././
24 /././
25 /././
26 /././
27 /././
28 /././

6. The request for an extension is not for an impermissible purpose and will not delay trial. Due to COVID-19, the Parties are informed that cases with priority (i.e. criminal cases) have been backlogged and that it is unlikely that this case would be scheduled for trial for twelve (12) months or more. Accordingly, the Parties hereby stipulate and agree to extend the deadline to file their joint pretrial order to September 25, 2020.

STIPULATED and AGREED on this date: September 11, 2020.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Ramir M. Hernandez* |
| David H. Krieger, Esq. | Darren T. Brenner, Esq. |
| Shawn W. Miller, Esq. | Ramir M. Hernandez, Esq. |
| KRIEGER LAW GROUP, LLC | WRIGHT FINLAY & ZAK, LLP |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 7785 W. Sahara Ave., Suite 200 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89117 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Carrington Mortgage Services, LLC* |

### ORDER

IT IS SO ORDERED. The Parties obligation to file their joint pretrial order is extended to September 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

Dated: 9-13-2020