1 | WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| ROBERT W. MORRIS AND LARHONDA S. MORRIS, | Case No.: 2:18-cv-01829-JAD-EJY |
|---|---|
| Plaintiffs, | **Order Sealing Documents, Approving Stipulation to Dismiss Carrington Mortgage Services, LLC, and Closing Case** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DITECH FINANCIAL, LLC; CARRINGTON MORTGAGE SERVICES, LLC, | ECF Nos. 70, 86 |
| Defendants | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Carrington Mortgage, Services, LLC, from the above captioned action, with prejudice.

///
///
///
///
///
///
///

Each party will bear its own fees and costs.

IT IS SO STIPULATED.

DATED this 18th day of November, 2020.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Ramir M. Hernandez |
| David H. Krieger, Esq. | Darren T. Brenner, Esq. |
| Shawn W. Miller, Esq. | Ramir M. Hernandez, Esq. |
| KRIEGER LAW GROUP, LLC | WRIGHT FINLAY & ZAK, LLP |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | 7785 W. Sahara Ave., Suite 200 |
| Henderson, Nevada 89052 | Las Vegas, Nevada  89117 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Carrington Mortgage Services, LLC* |

### ORDER

Based on the parties' stipulation **[ECF No. 86]** and good cause appearing, and because the dismissal of the claims against Carrington Mortgage Services, LLC leaves no claims or defendants remaining in this case, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs.

And because Carrington Mortgage Services, LLC, has demonstrated that ECF Nos. 54-1 -54-4 consist of trade-secret information, which is a compelling reason to prevent disclosure, IT IS FURTHER ORDERED that the Motion to Seal **[ECF No 70] is GRANTED. The Clerk of Court is directed to maintain the seal on ECF Nos. 54-1, 54-2, 54-3, and 54-4,** but ECF No. 54 itself need not be sealed.

The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2020